UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                     Criminal No. 10-cr-72-01-PB

**Bethany Colson**

**O R D E R**

The defendant has moved to continue the October 5, 2010 trial in the above case. Defendant cites the need for additional time to begin prenatal care and to continue negotiations. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time for the reasons stated above and properly prepare for trial, the court will continue the trial from October 5, 2010 to November 2, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 28, 2010 final pretrial conference is continued until October 21, 2010 at 2:00 pm.

SO ORDERED.

                                                /s Paul Barbadoro
                                                Paul Barbadoro
                                                Chief Judge

September 22, 2010

cc:  Donald Feith, Esq.
     Mark Howard, Esq.
     United States Probation
     United States Marshal