```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                                             Criminal No. 10-cr-72-01-PB

<u>Bethany Colson</u>

<u>**O R D E R**</u>

The defendant has moved to continue the November 2, 2010 trial in the above case. Defendant cites the need for additional time to negotiate a pretrial disposition. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate and properly prepare for trial, the court will continue the trial from November 2, 2010 to December 1, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 21, 2010 final pretrial conference is continued until November 19, 2010 at 4:00 pm.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

October 18, 2010

cc: Mark Howard, Esq.
 Donald Feith, Esq.
 United States Probation
 United States Marshal