```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                            Case No. 10-cr-72-PB

**Bethany Colson**


### O R D E R

The defendant has moved through counsel to continue the trial scheduled for December 1, 2010, citing a negotiated plea agreement conditioned upon defendant's admission to the LASER docket before Judge Laplante.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 1, 2010 to January 4, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

November 24, 2010

cc:   Donald Feith, AUSA
       Mark Howard, Esq.
       United States Probation

United States Marshal